UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY -9 AM 11:20

CLERK
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | CASE NO. 24-8224-BER |
|---|---|
| v. | Docket No. |
| ▮▮▮▮▮▮▮▮▮▮ and DAVE LEBLANC, Defendants. | 2:24-cr-51-1-2 |

FILED BY __TM__ D.C.

May 15, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

Between in or about early 2022 and in or about the summer of 2023, in the District of Vermont and elsewhere, the defendants, ▮▮▮▮▮▮▮▮▮▮ and DAVE LEBLANC, knowingly and willfully conspired together and with others, known and unknown to the Grand Jury, to commit wire fraud, that is, to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and to transmit and cause to be transmitted by interstate wire writings, signs and signals for the purpose of executing the scheme.

(18 U.S.C. § 1349)

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮
FOREPERSON

*Nikolas P. Kerest*
NIKOLAS P. KEREST (NTB/PJV)
United States Attorney
Burlington, Vermont
May 9, 2024

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:24-CR-51-2 |
| Dave LeBlanc | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dave LeBlanc                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1349 knowingly and willfully conspired to commit wire fraud, that is to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses

Date:   05/09/2024

*Issuing officer's signature*: Lisa Wright

City and state:   Burlington, Vermont

*Printed name and title*: Lisa Wright, Deputy Clerk

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*